IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL WALTER,<br><br>　　　　　　Defendant. | 4:22CB3000<br><br>VIOLATION NOTICES: 9182751, 9182752, 9182753, 9182754<br><br>ORDER |

Upon motion of the government, this matter shall be continued to July 7, 2022, at 8:30 a.m.

IT IS SO ORDERED this 1st day of March, 2022.

_____
CHERYL R. ZWART
United States Magistrate Judge